## People of State of Illinois, Defendant in Error, v. Michael Karpa et al., Plaintiffs in Error.

### Gen. No. 45,794.

Ellis & Westbrooks, Meyers & Rothstein, Richard E. Westbrooks, David B. Rothstein, Claude W. B. Holman, Evelyn F. Johnson, and Charles E. Bledsoe, for plaintiffs in error; David B. Rothstein, Claude W. B. Holman, and Evelyn F. Johnson, of counsel; John S. Boyle, State's Attorney, Cook county, for defendant in error; John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, William J. McGah, Jr., Edmund H. Grant, and John V. Schaffenegger, Assistant State's Attorneys, of counsel. Opinion by Presiding Justice Friend. Not to be published in full. Opinion filed November 6, 1952; released for publication December 9, 1952.